<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1512**
_____

DAVID LOUIS WHITEHEAD,

Plaintiff – Appellant,

v.

PARAMOUNT PICTURES, INC.; DREAMWORK PICTURES, INC.; MTV OF
VIACOM, INC.; VIACOM, INC.; MGM, INC.; SONY, INC.; IMG
MODELS, INC.; IMG WORLD, INC.; VOGUE, Conde' Nast Publisher
Inc.; VOGUE ITALY, Conde' Nast Publisher Inc.; NBC-
UNIVERSAL, INC.; LIONSGATE ENTERTAINMENT, INC.; TYLER PERRY,
INC.; RUNWAY BEAUTY MAGAZINE; TIME WARNER; CORCORAN COLLEGE
OF ARTS & DESIGN; ELECTRONIC ARTS, INC.; MIDWAY GAMES;
MIDWAY HOME ENTERTAINMENT COMPANY; WARNER BROS., INC.;
TURNER BROADCASTING SYSTEM, INC.; INTERNATIONAL ART FAIR ART
BASEL; 20TH CENTURY FOX FILM, INC.; WALT DISNEY/ABC, INC.;
MACY'S INC.,

Defendants – Appellees.

_____

**No. 09-1522**
_____

DAVID LOUIS WHITEHEAD,

Plaintiff – Appellant,

v.

PARAMOUNT PICTURES, INC.; DREAMWORK PICTURES, INC.; MTV OF
VIACOM, INC.; VIACOM, INC.; MGM, INC.; SONY, INC.; IMG
MODELS, INC.; IMG WORLD, INC.; VOGUE, Conde' Nast Publisher
Inc.; VOGUE ITALY, Conde' Nast Publisher Inc.; NBC-
UNIVERSAL, INC.; LIONSGATE ENTERTAINMENT, INC.; TYLER PERRY,
INC.; RUNWAY BEAUTY MAGAZINE; TIME WARNER; CORCORAN COLLEGE
OF ARTS & DESIGN; ELECTRONIC ARTS, INC.; MIDWAY GAMES;

MIDWAY HOME ENTERTAINMENT COMPANY; WARNER BROS., INC.; TURNER BROADCASTING SYSTEM, INC.; INTERNATIONAL ART FAIR ART BASEL; 20TH CENTURY FOX FILM, INC.; WALT DISNEY/ABC, INC.; MACY'S INC.,

Defendants – Appellees.

---

**No. 09-1641**

---

DAVID LOUIS WHITEHEAD,

Plaintiff – Appellant,

v.

PARAMOUNT PICTURES, INC.; DREAMWORK PICTURES, INC.; MTV OF VIACOM, INC.; VIACOM, INC.; MGM, INC.; SONY, INC.; IMG MODELS, INC.; IMG WORLD, INC.; VOGUE, Conde' Nast Publisher Inc.; VOGUE ITALY, Conde' Nast Publisher Inc.; NBC-UNIVERSAL, INC.; LIONSGATE ENTERTAINMENT, INC.; TYLER PERRY, INC.; RUNWAY BEAUTY MAGAZINE; TIME WARNER; CORCORAN COLLEGE OF ARTS & DESIGN; ELECTRONIC ARTS, INC.; MIDWAY GAMES; MIDWAY HOME ENTERTAINMENT COMPANY; WARNER BROS., INC.; TURNER BROADCASTING SYSTEM, INC.; INTERNATIONAL ART FAIR ART BASEL; 20TH CENTURY FOX FILM, INC.; WALT DISNEY/ABC, INC.; MACY'S INC.,

Defendants – Appellees.

---

**No. 09-1784**

---

DAVID LOUIS WHITEHEAD,

Plaintiff – Appellant,

v.

PARAMOUNT PICTURES, INC.; DREAMWORK PICTURES, INC.; MTV OF VIACOM, INC.; VIACOM, INC.; MGM, INC.; SONY, INC.; IMG MODELS, INC.; IMG WORLD, INC.; VOGUE, Conde' Nast Publisher Inc.; VOGUE ITALY, Conde' Nast Publisher Inc.; NBC-

2

UNIVERSAL, INC.; LIONSGATE ENTERTAINMENT, INC.; TYLER PERRY, INC.; RUNWAY BEAUTY MAGAZINE; TIME WARNER; CORCORAN COLLEGE OF ARTS & DESIGN; ELECTRONIC ARTS, INCORPORATED; MIDWAY GAMES; MIDWAY HOME ENTERTAINMENT COMPANY; WARNER BROS., INC.; TURNER BROADCASTING SYSTEM, INC.; INTERNATIONAL ART FAIR ART BASEL; 20TH CENTURY FOX FILM, INC.; WALT DISNEY/ABC, INC.; MACY'S INC.,

Defendants – Appellees.

---

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge; Anthony J. Trenga, District Judge. (1:08-cv-00792-AJT-TRJ)

---

Submitted: January 27, 2010          Decided: February 12, 2010

---

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

---

No. 09-1512 dismissed in part, stayed in part; Nos. 09-1522, 09-1641, and 09-1784 affirmed in part, stayed in part by unpublished per curiam opinion.

---

David Louis Whitehead, Appellant Pro Se. Charles David Tobin, HOLLAND & KNIGHT, LLP, Washington, D.C.; Andrew Steven Cabana, Joseph Erwin Schuler, JACKSON LEWIS, LLP, Reston, Virginia; Justin Florence, O'MELVENY & MYERS, LLP, Washington, D.C.; Christine Hoeft McCarthy, BARNES & THORNBURG, Washington, D.C.; John B. O'Keefe, LEVINE SULLIVAN KOCH & SCHULTZ, LLP, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In Appeal No. 09-1512, David Louis Whitehead seeks to appeal the district court's April 7, 2009 order: (1) denying his motion to stay the case; (2) denying his motion to reinstate certain dismissed Defendants and claims; and (3) denying his motion to reconsider the district court's entry of a prefiling injunction against him. The order from which this appeal was noted has been vacated by the district court's May 1, 2009 recusal order. We therefore dismiss this appeal as moot as to all Appellees except Midway Games and Midway Home Entertainment. Because Midway Games and Midway Home Entertainment filed a bankruptcy petition, we stay the appeal as to these Appellees. See 11 U.S.C. § 362(a) (2006).

Whitehead also appeals from the district court's May 1, 2009 recusal order (Appeal No. 09-1522), the May 22, 2009 order entering a prefiling injunction against him (Appeal No. 09-1641), and the district court's May 28, 2009 order granting the Appellees' motions to dismiss (Appeal No. 09-1784). We have reviewed the record and find no reversible error. Accordingly, we affirm in part for the reasons stated by the district court. Whitehead v. Paramount Pictures, Inc. (E.D. Va. May 1, 2009; May 22, 2009; May 28, 2009). We stay these appeals as to Midway Games and Midway Home Entertainment in light of their pending bankruptcy case. See 11 U.S.C. § 362(a). We also deny

4

Whitehead's motions to enjoin Justice Sotomayer's confirmation to the U.S. Supreme Court, to consolidate these appeals with other appeals taken to this court, and to strike Lionsgate Entertainment's informal response brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 09-1512 <u>DISMISSED IN PART, STAYED IN PART</u>
Nos. 09-1522, 09-1641, and 09-1784 <u>AFFIRMED IN PART, STAYED IN PART</u>